FILED
U.S. BANKRUPTCY COURT
2009 SEP -8 PM 3: 44
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: DESIMONE, MICHAEL ) CASE NO. 08-43213
AND SHARLA
    DEBTOR(S) ) HON. KAY WOODS

) DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 106 in the amount of $1.71.

The dividend relates to the following claimant:

Claimant: | Amount:

Spirit of America National Bank     $1.71
c/o Fashion Bug
P.O. Box 856021
Louisville, KY 40285

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 Starrs Centre Dr.
Canfield, OH 44406
330-702-0780
330-702-0788(facsimile)